# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM FLYNN & BILLIE FLYNN

VERSUS

JOE THORNHILL, ANYTIME
FITNESS, & MARKEL INSURANCE
COMPANY

NO.   2023 CW 0051

**APRIL 24, 2023**

---

In Re:    Anytime Fitness, LLC, applying for supervisory writs,
          18th Judicial District Court, Parish of West Baton
          Rouge, No. 45828.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT